```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


ANDREW COOPER,                    :
                                        Civil Action No. 08-2851 (RMB)
          Petitioner,             :

          v.                      :     **ORDER**

U.S. PAROLE COMMISSION,           :
et al.,
          Respondents.            :     **CLOSED**
```

For the reasons set forth in the Opinion filed herewith, IT IS on this **1st** day of **June** 2009,

**ORDERED** that Petitioner's application for leave to proceed in forma pauperis is **GRANTED**; and it is further

**ORDERED** that the Petition for writ of habeas corpus is **DENIED**; and it is further

**ORDERED** that no Certificate of Appealability shall issue; and it is further

**ORDERED** that Petitioner's Letter application [11] for counsel is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge